# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JACQUELYN JOHNSON**                                                     **PLAINTIFF**

**v.**                                 **CAUSE NO. 1:16CV304-LG-RHW**

**HUNTINGTON INGALLS, INC.**                                       **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff's claims against the defendant are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 12th day of December, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE